988

No. 99–6163. SYSOUVONG *v.* MESCHNER, WARDEN. C. A. 8th Cir. Certiorari denied.

No. 99–6166. RAINEY *v.* NEW JERSEY. Super. Ct. N. J., App. Div. Certiorari denied.

No. 99–6189. PARSEE *v.* UNITED STATES; and
No. 99–6237. HARRISON *v.* UNITED STATES. C. A. 5th Cir. Certiorari denied. Reported below: 178 F. 3d 374.

No. 99–6217. ROGERS *v.* KENTUCKY. Sup. Ct. Ky. Certiorari denied.

No. 99–6219. STRINGER *v.* OHIO. Ct. App. Ohio, Scioto County. Certiorari denied.

No. 99–6223. LYONS *v.* HENRY, WARDEN. C. A. 9th Cir. Certiorari denied.

No. 99–6228. ADUSUMILLI *v.* CITY OF CHICAGO. C. A. 7th Cir. Certiorari denied.

No. 99–6283. EADES *v.* KENTUCKY. Ct. App. Ky. Certiorari denied.

No. 99–6286. AL-WAHHAB *v.* UNITED STATES ET AL. C. A. 4th Cir. Certiorari denied.

No. 99–6288. MURDOCK *v.* JAMES ET AL. C. A. 6th Cir. Certiorari denied.

No. 99–6292. CONLON *v.* ARIZONA ET AL. Ct. App. Ariz. Certiorari denied.

No. 99–6344. SHED *v.* JOHNSON, DIRECTOR, TEXAS DEPARTMENT OF CRIMINAL JUSTICE, INSTITUTIONAL DIVISION. C. A. 5th Cir. Certiorari denied.

No. 99–6360. PORTER *v.* UNITED STATES. C. A. 4th Cir. Certiorari denied.

No. 99–6373. FLINT *v.* BOOKER, SUPERINTENDENT, MISSISSIPPI STATE PENITENTIARY, ET AL. C. A. 5th Cir. Certiorari denied.

No. 99–6395. PFEIL *v.* WYOMING. Sup. Ct. Wyo. Certiorari denied.